CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

SEP 24 2012

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal Case No. 3:95cr00017** |
| | ) | |
| **v.** | ) | **2255 FINAL ORDER** |
| | ) | |
| **DERRICK A. JOHNSON** | ) | **By:  Samuel G. Wilson** |
| | ) | **United States District Judge** |

In accordance with the court's memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that Johnson's motion pursuant to 28 U.S.C. § 2255 (ECF No. 221) shall be **DISMISSED** without prejudice as successive, and the case is hereby **STRICKEN** from the court's active docket.

Further, finding that Johnson has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

**ENTER**: September 24, 2012.

_____
UNITED STATES DISTRICT JUDGE